UNITED STATE BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In Re:                                               Chapter 7

**Christopher Casanova,**

       Debtor                               Case No. 10-23346 (RDD)

## ORDER DISMISSING CHAPTER 7 CASE

        Upon the motion of the above debtor, dated July 12, 2010 (the "Motion") for an order granting the debtor's request to dismiss this chapter 7 case under 11 U.S.C. § 707(a); and there being due and sufficient notice of the Motion and the hearing thereon; and upon the record of the August 19, 2010 hearing on the Motion; and there being no objections to the requested relief; and the chapter 7 trustee having consented to the dismissal of this case; and good cause appearing, it is hereby:

        ORDERED that the Motion is granted and this chapter 7 case is dismissed.

Dated:  White Plains, New York
          August 20, 2010

                                                          /s/Robert D. Drain
                                                Honorable Judge Robert D. Drain
                                                  United States Bankruptcy Judge