## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK
**300 Quarropas Street**
**White Plains, NY 10601**

| | |
|---|---|
| IN RE: Christopher Casanova | CASE NO.: 10–23346–rdd |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: xxx–xx–0110 | CHAPTER: 7 |

# NOTICE OF DISMISSAL

An order of dismissal was entered by the Honorable Robert D. Drain in this Chapter 7 case.

Christopher Casanova was dismissed from the case on August 20, 2010 .

Dated: August 20, 2010                                Vito Genna
                                                      Clerk of the Court